# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **PRIME PROPERTY & CASUALTY INSURANCE,**<br><br>    Plaintiff,<br><br>v.<br><br>**ALLIED TRUCKING OF FLORIDA, et al.,**<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-CV-881-DAK-<br><br>Judge Dale A. Kimball |

Based on this court's July 6, 2021 Memorandum Decision and Order, the court dismisses this action without prejudice.  This action is closed

   DATED this 7th day of July, 2021.

                                BY THE COURT:

                                _____
                                DALE A. KIMBALL
                                United States District Judge